UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

In the matter of:

| | |
|---|---|
| Patricia M. Conner, | Case No. 12-41004-MBM |
| | Chapter 7 |
| Debtor.    / | Hon. Marci B. McIvor |

Patricia M. Conner,

       Plaintiff,

vs.                                                                         Adv. Pro. No. 13-5355

U.S. Department of Education and
Educational Credit Management
Corporation,

       Defendants.    /

**ORDER DENYING PLAINTIFF'S REQUEST
FOR A HARDSHIP DISCHARGE PURSUANT TO 11 U.S.C. § 523(a)(8)
AND DISMISSING PLAINTIFF'S COMPLAINT**

For reasons set forth in an Opinion issued with this Order,

IT IS HEREBY ORDERED that Plaintiff's Request For a Hardship Discharge pursuant to 11 U.S.C. § 523(a)(8) is DENIED and Plaintiff's Complaint is DISMISSED.

Signed on January 14, 2015

                                                      /s/ Marci B. McIvor
                                                      Marci B. McIvor
                                                      United States Bankruptcy Judge